IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:17-cr-00035-D-8

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ARCHIE LYNN STRICKLAND,**<br><br>**Defendant.** | **ORDER** |

BEFORE THE COURT, is a motion by Counsel for Defendant, allowing him until the ___19th___ day of May, 2017, to supplement his motion filed on the 10th day of May, 2017. The Government does not oppose the Motion.

WHEREFORE, the motion is granted and the Defendant is allowed until ___May 19___, 2017 to supplement the Motion for Review and Revocation of Magistrate's Detention Order and the Government shall have ___14___ days to respond to said motion.

SO ORDERED this ___11___ day of May, 2017.

_____
THE HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE